UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL ALEXANDRIA PLANT**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:22-CV-979-LPR

**JENNIFER KEENER, Jail Administrator,**
**Yell County Detention Center, et al.**                                                                           **DEFENDANTS**

## ORDER

On October 6, 2022, Plaintiff Crystal Alexandria Plant, a pretrial detainee in the Yell County Detention Center (YCDC), initiated this action by filing a pro se § 1983 Complaint alleging that she was being provided inadequate medical care.[1]

On October 12, 2022, the Court issued its Initial Order for Pro Se Prisoners, informing Ms. Plant of certain rules and procedures that she must follow in order to proceed with her lawsuit.[2] This Order also noted that Ms. Plant had not paid the filing fee for this action nor filed a Motion for Leave to Proceed *In Forma Pauperis*.[3] Accordingly, Ms. Plant was given until November 11, 2022, to either: (1) pay the $402 filing fee, in full; or (2) file a properly completed IFP Motion.[4] Importantly, Ms. Plant was cautioned that her failure to timely comply with the October 12 Order would result in the dismissal of her case without prejudice.[5]

Ms. Plant did not timely comply with the October 12 Order. Instead, on November 14, 2022, she filed a Notice to the Court stating that this case "needs to be closed because" she has started receiving medical treatment at the YCDC, and she "will no longer be pursuing this

---

[1] Compl. (Doc. 1).

[2] Initial Order for Pro Se Prisoners (Doc. 2).

[3] *Id.* at 3.

[4] *Id.*

[5] *Id.*

particular situation/lawsuit."[6]

Accordingly, based on Ms. Plant's failure to comply with the October 12 Order and her expressed desire to dismiss this case, Ms. Plant's Complaint is hereby DISMISSED without prejudice.[7] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of December 2022.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] Notice to Court (Doc. 3) at 1.  Ms. Plant's Notice states that she has another pending action in this Court—Case No. 4:22-CV-781-LPR—that is also based (in part) on her alleged inadequate medical care at the YCDC, but because she is now receiving medical treatment, that "lawsuit is moot."  *Id*.  She further states that the instant case—Case No. 4:22-CV-979-LPR-JTR—also "needs to be closed because it is the same case/situation[,] and I will no longer be pursuing this particular situation/lawsuit."  *Id*.; *see also* Case No. 4:22-CV-781-LPR, Notice to Court (Doc. 7).

[7] Compl. (Doc. 1).